# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

============================

## ON MOTION FOR REHEARING

============================

## NO. 03-06-00393-CV

**Strata Resources, a Texas Partnership; Steven Bland Epps; and
Charles W. Brandes, Individually, Appellants**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GV-01-003566, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## S U P P L E M E N T A L   O P I N I O N

The State has filed a motion for rehearing, which we overrule. Conditioned upon our overruling its motion with regard to attorney's fees, the State, in an attempt to cure the reversible error, has voluntarily remitted $7,200 of the $7,500 in attorney's fees awarded in the district court's judgment against Epps, and the entire amount of $7,500 in fees awarded against Strata. *See* Tex. R. App. P. 46.5. Appellants do not oppose this remittitur. We accept the State's remittitur. Accordingly, we withdraw our judgment dated July 11, 2008, and render judgment (1) that the district court's judgment awarding the State reimbursement from Epps for well-plugging costs is reversed and that the State take nothing on those claims; (2) that the district court's judgment is

reformed to award the State $300 in attorney's fees against Epps and no attorney's fees against Strata and, as so reformed, is affirmed; and (3) that the district court's judgment is otherwise affirmed.

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Affirmed in part; Reformed in part and, as Reformed, Affirmed; Reversed and Rendered in part

Filed:   September 17, 2008